**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Steven Donewan CARR, Defendant—
Appellant.**

**No. 11–6062.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 14, 2011.

Decided: May 2, 2011.

Steven Donewan Carr, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Donewan Carr appeals the district court's order denying his motion to correct a clerical error pursuant to Fed. R.Crim.P. 36. Based on our review of the record, we find that the probation officer did not err in concluding that Carr's state conviction for breaking and entering counted as a predicate offense under the career offender Guidelines provision. *See U.S. Sentencing Guidelines Manual* § 4B1.1 (1998). Accordingly, Carr has failed to identify any clerical error and we therefore affirm the district court's order. *See United States v. Carr,* No. 5:98–cr–00246–RLV–2 (W.D.N.C. Jan. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*